ORDERED.

Dated:  January 22, 2018

Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Mark S. Chambers and    Case No.: 3:10-bk-03417-PMG
Virginia Chambers,    Chapter 7

        Debtors.
_____/

**ORDER GRANTING MOTION TO REOPEN CASE
AND DIRECTING THE APPOINTMENT OF A TRUSTEE**

THIS CASE is before the Court on the United States Trustee's Motion to Reopen Case and for the Appointment of a Trustee ("Motion") (Doc. 56) filed pursuant to 11 U.S.C. § 350(b) based on the discovery of potential assets that may be available for distribution to creditors.

Accordingly, it is

**ORDERED**:

1. The Motion is granted and this case is reopened.

2. The United States Trustee is directed to appoint a Chapter 7 Trustee to administer this case.

3.  The Court will defer payment of the reopening fee pending discovery of additional assets. The Chapter 7 Trustee shall pay the filing fee from the recovery of any additional assets. If the trustee discovers no additional assets, the reopening fee shall be waived.

#   #   #

Copies to (Service by BNC): All creditors and parties in interest.