# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-03417-3G7 PMG  
**Case Name:** CHAMBERS, MARK S.  
CHAMBERS, VIRGINIA  
**Period Ending:** 06/30/18

**Trustee:** (290900)   Gregory K. Crews  
**Filed (f) or Converted (c):** 04/23/10 (f)  
**§341(a) Meeting Date:** 06/11/10  
**Claims Bar Date:** 10/12/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PERSONAL INJURY<br>Injuries sustained from 2005 medical implant. | 0.00 | Unknown |  | 0.00 | Unknown |
| 1 | **Assets Totals** (Excluding unknown values) | **$0.00** | **$0.00** |  | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Case reopened January 22, 2018. 04/02/18 trustee employed 3 law firms, The Potts Law Firm, Johnson Law Group, and Bailey, Peavy, Bailey, to pursue a claim for personal injuries related to a medical procedure performed on Virginia Chambers in 2005. All three firms were employed by the debtor to pursue the matter.

06/30/2018   Motion to Approve Compromise or Controversy is being prepared.

**Initial Projected Date Of Final Report (TFR):** February 15, 2019   **Current Projected Date Of Final Report (TFR):** February 15, 2019

Printed: 07/25/2018 02:16 PM   V.14.14