UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MARK S. CHAMBERS**
**VIRGINIA CHAMBERS**

CASE NO. 10-03417-BKC-3F7

_____ **Debtor(s).**

**TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY**

---

NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OR SERVICE ATTACHED TO THIS PAPER, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.

IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT 300 N. HOGAN STREET, SUITE 3-150, JACKSONVILLE, FLORIDA 32202 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, GREGORY K. CREWS, 8584 ARLINGTON EXPRESSWAY, JACKSONVILLE, FLORIDA 32211 AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.

IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

---

The Trustee, Gregory K. Crews, gives notice that he intends to enter into a compromise of controversy, pursuant to Federal Rule of Bankruptcy Procedure 9019(a), and shows:

1. This case was reopened (Doc 57) on January 22, 2018 to allow administration of an asset not listed on the bankruptcy schedules.

2. The undersigned was appointed trustee in this case pursuant to a Notice of Appointment of Trustee (Doc 58) that was filed by the United States Trustee on January 24, 2018.

3. The unlisted asset is a product liability claim pending in the United States District Court ("District Court") for the Southern District of West Virginia, Charleston Division.

4.     The Trustee, pursuant to an order entered April 2, 2018 (Doc 63), employed the law firms The Potts Law Firm, Johnson Law Group and Bailey Peavy Bailey as special attorneys to continue to pursue the litigation.

5.     The special attorneys received a settlement proposal of $130,000.00.  The attorneys recommend that the settlement offer be accepted, subject to approval of the United States Bankruptcy Court ("Bankruptcy Court").

6.     The District Court issued a pretrial order, which established a "common benefit" assessment fund requiring 5% of all settlements to be paid into the Common Benefit Fund.  This assessment is required by court order to be withheld from each claimant's settlement proceeds and paid directly into the Common Benefit Fund.  The District Court also issued a pretrial order requiring subrogation liens to be deducted prior to distribution of the funds.

7.     Based upon the above, the Trustee anticipates the bankruptcy estate will receive $116,040.58, i.e., $130,000 less the Common Benefit Fund assessment of $6,500 and less subrogation liens of $7,459.42.

8.     The Trustee is requesting the court authorize him to sign all necessary papers, including a release, to be binding on all who claim through the bankruptcy.

9.     If no objection is filed to the proposed settlement within the time set forth above the Trustee will submit, *ex parte,* a proposed order to the Bankruptcy Court approving the settlement and authorizing the Trustee to execute an appropriate release.

WHEREFORE, the Trustee prays that the Court enter an order approving the settlement and authorizing him to execute the documents necessary to consummate the settlement, including an appropriate release.

Dated:   August 26, 2019

*/s/ Gregory K. Crews*
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, FL 32211
Florida Bar No. 172772
(904) 354-1750

Copies mailed to all creditors and parties in interest on August 26, 2019.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MARK S. CHAMBERS**　　　　　　　　　　　**CASE NO. 10-03417-BKC-3F7**
**VIRGINIA CHAMBERS**

　　　　　　　　　　**Debtor(s).**

**CERTIFICATE OF SERVICE OF**
**TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY**

I certify that on August 26, 2019, a copy of Trustee's Motion to Approve Compromise of Controversy was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory K. Crews
　　　　　　　　　　　　　　　　　　　　**Gregory K. Crews, Trustee**
　　　　　　　　　　　　　　　　　　　　**Florida Bar No. 172772**
　　　　　　　　　　　　　　　　　　　　**8584 Arlington Expressway**
　　　　　　　　　　　　　　　　　　　　**Jacksonville, Florida 32211**
　　　　　　　　　　　　　　　　　　　　**(904) 354-1750**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:10-bk-03417-JAF<br>Middle District of Florida<br>Jacksonville<br>Mon Aug 26 14:14:57 EDT 2019 | BAC Home Loans Servicing, LP<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Fleming & Company, LLC<br>11636 Davis Creek Rd., E.<br>Jacksonville, FL 32256-3018 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Telco Credit Union<br>c/o Hiday & Ricke, P.A.<br>P.O. Box 550858<br>Jacksonville, FL 32255-0858 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| ICO Portfolio Management<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | United States Trustee - JAX 13/7 7<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Alliant Law Group, P.C.<br>2841 Junction Ave Ste 128<br>San Jose, CA 95134-1925 |
| American Infosource Lp As Agent for<br>Citibank (South Dakota) N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Anthony DiRaimo<br>PO Box 54244<br>Jacksonville, FL 32245-4244 | At&T<br>PO Box 105503<br>Atlanta, GA 30348-5503 |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065-6285 | Baptist Medical Center<br>PO Box 45094<br>Jacksonville, FL 32232-5094 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE 19850-5316 | FL Antesology Assoc<br>PO Box 52785<br>Jacksonville, FL 32201 | Federal Home Loan Mortgage Corporation (FN<br>c/o BK Global<br>1095 Broken Sound Pkwy, NW Suite 100<br>Boca Raton, FL 33487-3503 |
| Federal Home Mortgage Corporation (FNMA)<br>c/o BK Global<br>1095 Broken Sound Pkwy, NW Suite 100<br>Boca Raton, FL 33487-3503 | Florida Telco Cr Un<br>101 Bell Tel Way<br>Jacksonville, FL 32216-9214 | Florida Telco Cr Un<br>9700 Touchton Rd<br>Jacksonville, FL 32246-8227 |
| GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Gemb/dillards<br>PO Box 981471<br>El Paso, TX 79998-1471 | Gemb/jcp<br>PO Box 981402<br>El Paso, TX 79998-1402 |
| IOI<br>1325 San Marco Blvd 200, Ste 701<br>Jacksonville, FL 32207-8578 | MAF Collection Services<br>PO Box 2842<br>Tampa, FL 33601-2842 | Mathis & Murphy, PA<br>1200 Riverplace Blvd Ste 902<br>Jacksonville, FL 32207-1806 |
| SJA 304 LLC<br>MATHIS & MURPHY PA<br>1200 RIVERPLACE BLVD STE 902<br>JACKSONVILLE, FL 32207-1806 | SJA 304, LLC<br>450 Sr 13, Ste 106 #244<br>Saint Johns, FL 32259-3863 | SJA 304, LLC<br>C/O MATHIS & MURPHY, PA<br>1200 RIVERPLACE BLVD., STE 902<br>JACKSONVILLE, FL 32207-1806 |

| | | |
|---|---|---|
| Sears/cbsd<br>PO Box 6189<br>Sioux Falls, SD  57117-6189 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Veeda Chambers<br>215 Majestic Oak Cir<br>Byron, GA  31008-6405 |
| West Asset Management<br>2703 N US Highway 75<br>Sherman, TX  75090-2567 | Alyssa Parsons<br>Bailey Peavy Bailey<br>3737 Buffalo Speedway<br>Suite 1850<br>Houston, TX 77098-3746 | Gregory K Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 |
| Jill Bechtold<br>Mathis & Murphy, P.A.<br>200 Riverplace Blvd., Ste. 902<br>Jacksonville, Fl 32207-1806 | Mark S Chambers<br>1870 Swiss Oaks Street<br>Jacksonville, FL 32259-8955 | Timothy L. Sifers<br>Potts Law Firm, LLP<br>1901 W. 47th Place, Suite 210<br>Westwood, KS 66205-1834 |
| Todd W. Henry<br>Todd W. Henry Law Office<br>1555 Kingsley Avenue, Suite 405<br>Orange Park, FL 32073-9207 | Virginia Chambers<br>1870 Swiss Oaks Street<br>Jacksonville, FL 32259-8955 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Sprint Nextel  Correspondence<br>Attn Bankruptcy Dept<br>PO Box 7949<br>Overland Park KS 66207-0949 | (d)Sprint Nextel Distribution<br>Attn: Bankruptcy Dept<br>P.O. Box 3326<br>Englewood, CO 80155-3326 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)NCO Portfolio Management<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | (u)Caryn Papantonakis<br>Johnson Law Group | (d)Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL 32211-8003 |

End of Label Matrix<br>
Mailable recipients    40<br>
Bypassed recipients     3<br>
Total                  43