ORDERED.

Dated: September 23, 2019

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MARK S. CHAMBERS**　　　　　　　　　　　CASE NO. **10-03417-F7**
**VIRGINIA CHAMBERS**

　　　　　　Debtors.
_____

## ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM 9

On the consents of the trustee and claimant, Federal Home Loan Mortgage Corporation, it is

ORDERED that the trustee's objection to claim 9 is sustained and the claim is allowed as a general unsecured claim subordinate to timely filed claims, without prejudice to any other party in interest filing an objection to the claim pursuant to §502(a) of the Bankruptcy Code.

We consent to this order:

| | |
|---|---|
| /s/ Gregory K. Crews | /s/ Joshua M. Liszt |
| **GREGORY K. CREWS** | **JOSHUA M. LISZT** |
| Attorney for Trustee | Attorney for the Claimant |
| Florida Bar No. 172772 | Florida Bar No. 725811 |
| 8584 Arlington Expressway | 1095 Broken Sound Pkwy, NW, #100 |
| Jacksonville, Florida 32211 | Boca Raton, Florida 33487 |
| (904) 354-1750 | (866) 202-8200 |

Gregory Crews, Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.