ORDERED.

Dated: September 25, 2019

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**MARK S. CHAMBERS**  **CASE NO. 10-03417-BKC-3F7**
**VIRGINIA CHAMBERS**

_____**Debtor(s).**

## ORDER APPROVING COMPROMISE OF CONTROVERSY

This case is before the court on the Trustee's Motion to Approve Compromise of Controversy and/or Settlement. No objections having been filed after notice to creditors pursuant to M.D. FLA. L.B.R. 2002-4 on August 26, 2019. It is

ORDERED:

1. The Trustee's Motion to Approve Compromise of Controversy is granted.

2. The compromise described in the Trustee's Motion to Compromise of Controversy, dated August 26, 2019, is approved and the trustee is authorized to execute the necessary documents to consummate the settlement.

Page 2/Case No: 10-03417-3F7

3. The settlement funds of $116,040.58, i.e., $130,000 less the Common Benefit Fund assessment of $6,500 and less subrogation liens of $7,459.42, shall be paid to Gregory K. Crews, Trustee, 8584 Arlington Expressway, Jacksonville, FL 32211.

4. The court shall retain jurisdiction over the interpretation or implementation of this Order.

Gregory Crews, Trustee, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.